No. 91–983. ALLSTATE INSURANCE CO. v. FORTUNATO, COMMISSIONER OF INSURANCE OF NEW JERSEY. Super. Ct. N. J.,

App. Div. Motion of National Association of Independent Insurers et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.